IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3104 |
| | ) | |
| v. | ) | |
| | ) | |
| ALEJANDRO ARTEMIO ALCALA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1) The motion to withdraw filed by Gregory C. Damman as counsel for the defendant, (filing no. 28), is granted. The Clerk is directed to remove Mr. Damman from all future ECF notifications in this case. Defendant's retained attorney, J. Bruce Teichman, who entered an appearance on November 30, 2010, (filing no. 27), shall promptly provide a copy of this order to the defendant.

2) A telephonic conference with the court to discuss the status of the trial date is set for December 14, 2010 at 9:30 a.m. Mr. Teichman and the government's counsel shall participate, and the court will place the call.

DATED this 13th day of December, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge