IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3104 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| ALEJANDRO ARTEMIO ALCALA, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue trial, (filing no.34), because the defendant and his counsel are currently engaged in plea negotiations and more time is needed to complete those discussions. The government does not oppose the requested continuance. The Court finds defendant's motion will be granted.


IT IS ORDERED:


1)   Defendant, Alejandro Artemio Alcala's, motion to continue, (filing no. 34), is granted.

2)   The trial of this case is set to commence before the district judge at 9:00 a.m. on April 11, 2011 for a duration of three trial days. Jury selection will be at the commencement of trial.

3)   Based upon the showing set forth in the defendant's motion and the representations of his counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and June 21, 2010 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 14th day of February, 2011.       BY THE COURT:

       *s/ Cheryl R. Zwart*
       United States Magistrate Judge